FILED
Charlotte, NC

JAN 2 3 2025

Clerk, US District Court
Western District NC

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **DOCKET NO. 3:25-CR-** 6-KDB |
| ) | |
| ) | **BILL OF INDICTMENT** |
| **v.** ) | |
| ) | **Violation:    18 U.S.C. § 922(g)** |
| ) | |
| ) | |
| **DONTA LAMONT ROBINSON** ) | |
| ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of Ammunition by a Prohibited Person)*

On or about June 27, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**DONTA LAMONT ROBINSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is, seven rounds of Federal 9mm ammunition and two rounds of Hornady 9mm ammunition, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**
*(Possession of a Firearm by a Prohibited Person)*

On or about August 29, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**DONTA LAMONT ROBINSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Ruger Model LCP II .380 caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d): all firearms and ammunition involved in, used, or intended to be used in the violations alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property subject to forfeiture on the grounds stated above:

(a) Seven rounds of Federal 9mm ammunition and two rounds of Hornady 9mm ammunition seized on or about June 27, 2024.

(b) One Ruger Model LCP II .380 caliber pistol, magazine, and ammunition seized on or about August 29, 2024.

A TRUE BILL

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
WILLIAM M. WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY